IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, a Delaware corporation<br><br>Plaintiff<br><br>vs<br><br>CAO, Inc. d/b/a Dorsey Landscaping and Snow Removal, an Illinois Domestic Corporation, and Casey O'Donovan<br><br>Defendants. | No. 11 cv 5630<br>Assigned Judge: Charles R. Norgle, Sr.<br>Designated Magistrate Judge: Sidney I. Schankier |

## MOTION FOR JUDGMENT

NOW COMES the Plaintiff, PNC Bank, National Association, a Delaware corporation, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment in its favor and against the Defendant:

CAO, Inc. d/b/a/ Dorsey Landscaping and Snow Removal, an Illinois Domestic Corporation, and as grounds thereof state:

An Order of Default was entered against CAO, Inc. d/b/a Dorsey Landscaping and Snow Removal, on May 4, 2012 and as appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment in this case as a matter of law.

PNC Bank, National Association, a Delaware corporation

By: __/s/ Jeffrey B. Dovitz__
One of Its Attorneys

Jeffrey B. Dovitz (ARDC#6288119)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jdovitz@crowleylamb.com